IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Katherine Knopp, | ) | C/A No.: 3:16-648-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | FIRST AMENDED |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| Circle K Stores, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following deadlines are amended as follows:

1. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **January 12, 2017.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) DSC).

2. Discovery shall be completed no later than **January 30, 2017.** All discovery requests, including subpoenas duces tecum, shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02, and have had a telephone conference with Judge Hodges in an attempt to resolve the matter informally.

3. All other motions, except those to complete discovery and those nonwaivable motions made pursuant to Fed. R. Civ. P. 12 and those relating to the admissibility of evidence at trial, shall be filed on or before **February 15, 2017.**  (Fed. R. Civ. P. 16(b)(2)).

4. Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before **April 17, 2017.** At least **thirty (30) days prior to this mediation deadline,** counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel. If the parties enter

mediation, they are directed to complete the form attached to ECF No. 9 and return it to the Court by no later than **January 30, 2017.**

IT IS SO ORDERED.

*Shiva V. Hodges*

October 20, 2016
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge